## LEO FOX
*ATTORNEY-AT-LAW*

630 Third Avenue, New York, New York 10017

(212) 867-9595 Fax (212) 949-1857

December 19, 2013

<u>Via Electronic Mail</u>
Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court for the Eastern District of New York
271 Cadman Plaza E.
Brooklyn, New York 11201

> Re:   **The Bedford Lofts, LLC**
>         **Case No. 12-44672 (ESS)**

Dear Judge Stong:

This is to confirm that the matters on the calendar for tomorrow December 20, 2013, at 10:00 a.m., in the above matter have been adjourned, with the parties consent, to February 4, 2014 at 10:00 a.m.

Respectfully submitted,

s/Leo Fox

Leo Fox

Cc:   United States Trustee
        Gabrielle Cacuci, Esq.
        Jason Leibowitz, Esq.